BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>GERARDO VILLAGOMEZ-CERVANTES,<br><br>                    Defendant, | CASE NO. 1:12-CR-00214 LJO<br><br><u>STIPULATION REGARDING</u><br><u>EXCLUDABLE TIME PERIODS</u><br><u>UNDER SPEEDY TRIAL ACT;</u><br><u>FINDINGS AND ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 10, 2012.

2. The United States provided initial discovery and a plea offer to the defendant on August 6, 2012.

3. By this stipulation, defendant now moves to exclude time between the Initial Appearance/Arraignment on the Indictment that occurred on August 7, 2012 and status scheduled for September 10, 2012 with a good cause finding that the ends of justice and defendant's need to review and analyze discovery and conduct further

1

defense investigation outweigh his and the public's interests in a speedy trial.

Plaintiff does not oppose this request.

IT IS SO STIPULATED.

DATED: August 17, 2012

    /s/    Megan A. S. Richards
MEGAN A. S. RICHARDS
Assistant United States Attorney

DATED: August 17, 2012

    /s/    Francine Zepeda
FRANCINE ZEPEDA
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: **August 20, 2012**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE