1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                 UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  Case No. 1:12-CR-00214 LJO
                                  )
12           Plaintiff,           )  STIPULATION AND ORDER TO
                                  )  RESCHEDULE STATUS CONFERENCE
13      v.                        )  AND SET FOR CHANGE OF PLEA
                                  )
14 GERARDO VILLAGOMEZ-CERVATES    )
                                  )
15           Defendant.           )
                                  )
16 _____)

17

18      Plaintiff United States of America, by and through its

19 counsel of record, Megan A. S. Richards, and defendant, Gerardo

20 Villagomez-Cervantes, by and through his counsel of record,

21 Francine Zepeda, hereby stipulate as follows:

22      1.   By previous order, this matter was set for status on

23 September 10, 2012 at 8:30.

24      2.   By this stipulation, defendant now moves to reschedule

25 the status conference to September 4, 2012 at 8:30 and set the

26 //

27 //

28 ///

matter for a change of plea and sentencing.

DATED: August 27, 2012.

                            BENJAMIN B. WAGNER
                            UNITED STATES ATTORNEY

                            /s/ Megan A. S. Richards
                            MEGAN A. S. RICHARDS
                            Special Assistant United States Attorney

DATED: August 27, 2012.

                            /s/ Francine Zepeda
                            FRANCINE ZEPEDA
                            Counsel for Defendant

<u>ORDER</u>

IT IS SO FOUND.

IT IS SO ORDERED.

**Dated:  August 27, 2012**                  **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE